*Margaret and Brian Scott*
136 Briant St., Gretna LA 70056

FILED
2020 JAN -2 AM 10: 27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Brian and Margaret Scott
136 Briant St.
Gretna, LA 70056

December 18, 2019

RE: Chapter 11, Case No. 17-12560 (BLS) (Jointly Administered)
Adversary Proceeding Case No. 19-51143 (BLS)
Woodbridge Group of Companies, LLC, et al, Remaining Debtors
Vs. Brian Scott: Margaret Scott

To: Clerk of Court
United State Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

This letter is in regard to the above-mentioned case. We have contacted the Plaintiff's attorney, Colin R. Robinson of Pachulski Stang Ziehl & Jones, LLP, and will be discussing a resolution to this case. Mr. Colin stated to us, over the phone, that one of his associates will be calling us concerning a resolution. We are sending this letter to Attorney Colin R. Robinsons' office, so that his office is aware that we have answered the Court summons.

Please contact us if there is any more information I need to provide.
Sincerely,
Margaret and Brian Scott
504-415-9914
504-415-9907

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Plaintiff,<br>vs.<br><br>BRIAN SCOTT; MARGARET SCOTT,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-51143 (BLS) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | United States Bankruptcy Court<br>824 N Market Street, 3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney. Name and address of Plaintiff's attorneys:

PACHULSKI STANG ZIEHL & JONES LLP
Andrew W. Caine
Bradford J. Sandler
Colin R. Robinson
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: United States Bankruptcy Court<br>824 N Market Street, 6th Floor<br>Wilmington, DE 19801 | Courtroom No. 1<br><br>**Date and Time: February 11, 2020 @ 10:00 a.m. (ET)** |

**IF Y[illegible]POND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO EN[illegible]NT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YO[illegible] DEMANDED IN THE COMPLAINT.**

**Unit[illegible]ptcy**
**Court [illegible]ict of Delaware**
Date: December 4, 2019

*/s/ Una O'Boyle*
Clerk of the Bankruptcy Court

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

DOCS_LA:326372.1 94811/003