DEB BRUNDAGE
4890 E 26TH Ave
Apache Junction, AZ 85119
602-329-8227
moneyworksisc@yahoo.com

RECEIVED

2024 MAR 28  AM 10: 11

CLERK
U.S. BANKRUPTCY COURT

Plaintiff Pro Se

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al., | ) ) ) Chapter 11 |
| Remaining Debtors. | ) ) Case No. 17-12650 (BLS) |
| | ) ) (Jointly Administered) ) |
| MICHAEL GOLDBERG, in his Capacity as Liquidating Trustee of The WOODBRIDGE LIQUIDATION TRUST, | ) ) ) ) NOTICE OF CHANGE OF ADDRESS |
| Plaintiff, | ) ) Case No. 19-51069 (BLS) ) |
| vs. | ) ) |
| DEB BRUNDAGE, | ) ) ) |
| Defendants | ) ) |
| | ) |

New address to be noted; 4890 E 26th Ave, Apache Junction, AZ 85119.

PACHULSKI, STANG, ZIEHL JONES LAW OFFICES
Colin Robinson, Attorney
10100 Santa Monica Blvd
13th floor
Los Angeles, CA 90067

PACHULSKI, STANG, ZIEHL JONES LAW OFFICE
Jeffrey P. Nolan, Attorney
10100 Santa Monica Blvd
13th floor
Los Angeles, CA 90067

Deb Brundage
4890 E. 26th Avenue
Apache Junction, AZ 85119
602-329-8227

Case Number: _____

My **old** phone no:        (_____)_____

My **new** address is:     4890 E. 26th Ave, Apache Junction, 85119

_____

_____

_____

My **new** phone no:       (_____)_____

I declare under penalty of perjury that the foregoing is true and correct.

3-20-24
_____
Date

_____
Signature