# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | : | Case No. 17-12560 (JKS) |
| | : | (Jointly Administered) |
| Remaining Debtors. | : | |

| | | |
|---|---|---|
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | | |
| Plaintiff, | | Adversary Proceeding Case No. 19-51069 (JKS) |
| vs. | | |
| Deb Brundage, | | |
| Defendant. | | **Ref. Docket No. 69** |

## CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2024, I caused to be served the "Notice of Service of (I) Plaintiff's Special Interrogatories Propounded to Defendant, Set One; (II) Plaintiff's Request for Production of Documents Propounded to Defendant, Set One; (III) Plaintiff's Request for Admissions, Set One, Propounded to Defendant; and (IV) Plaintiff's Initial Disclosures," dated May 17, 2024 [Docket No. 69], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies LLC (3603), WMF Management LLC (9238), Woodbridge Mortgage Investment Fund 1 LLC (0172), and Carbondale Doocy, LLC (3616). The Remaining Debtors' mailing address is 201 North Brand Boulevard, Unit 200, Glendale, CA 91203.

    b. delivered via electronic mail to: *moneyworksisc@yahoo.com*.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  */s/ Angela Chachoff*
                                                                  Angela Chachoff

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al.
Adversary Proceeding Case No. 19-51069 (JKS)
First Class Mail Service List

DEB BRUNDAGE
4890 E. 26TH AVE.
APACHE JUNCTION, AZ 85119