# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                          Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                          Plaintiff,<br><br>                    v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br>GAULAN FINANCIAL, LLC,<br>BCM BENEFITS INC. AND RANCE BRADSHAW,<br>DEB BRUNDAGE,<br><br>                        Defendants. | <br><br><br><br><br><br><br><br><br>Adv. Proc. Case No. 19-50965 (JKS)<br><br><br>Adv. Proc. Case No. 19-51012 (JKS)<br>Adv. Proc. Case No. 19-51065 (JKS)<br><br>Adv. Proc. Case No. 19-51069 (JKS) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference has been scheduled for **October 16, 2025 at 11:00 a.m. (Eastern Time)** in the adversary proceedings listed in the above-caption.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

| | |
|---|---|
| Dated: September 29, 2025<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Mary F. Caloway*<br>Richard M. Pachulski (*pro hac vice*)<br>Andrew W. Caine (*pro hac vice*)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Mary F. Caloway (DE Bar No. 3059)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>      acaine@pszjlaw.com<br>      bsandler@pszjlaw.com<br>      mcaloway@pszjlaw.com<br><br>-and-<br><br>KTBS LAW LLP<br>*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Sasha M. Gurvitz (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Tel:    (310) 407-4000<br>Fax:   (310) 407-9090<br><br>*Counsel to the Liquidation Trust* |