# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br>GAULAN FINANCIAL, LLC,<br>BCM BENEFITS INC. AND RANCE BRADSHAW,<br>DEB BRUNDAGE,<br><br>　　　　　　　　　Defendants. | Adv. Proc. Case No. 19-50965 (JKS)<br><br><br><br>Adv. Proc. Case No. 19-51012 (JKS)<br>Adv. Proc. Case No. 19-51065 (JKS)<br><br>Adv. Proc. Case No. 19-51069 (JKS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 16, 2025 AT 11:00 A.M. (EASTERN TIME)[2]

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required**

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

> **by 4:00 p.m. (Prevailing Eastern Time), the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## RESOLVED MATTERS

1. **Removal Extension Motion** – Liquidation Trust's Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed: 9/16/25] (Docket No. 4968).

    Response Deadline:    September 30, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)   Certificate of No Objection Regarding Liquidation Trust's Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed: 10/1/25] (Docket No. 4974).

    b)   [Signed] Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed: 10/2/25] (Docket No. 4975).

    Status:  The order has been entered.  No hearing will be necessary.

2. **Trust Extension Motion** – Liquidation Trust's Motion for Entry of an Order Extending the Duration of the Liquidation Trust [Filed: 9/22/25] (Docket No. 4969).

    Response Deadline:    October 6, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)   Certificate of No Objection Regarding Liquidation Trust's Motion for Entry of an Order Extending the Duration of the Liquidation Trust [Filed: 10/7/25] (Docket No. 4977).

    b)   [Signed] Order Extending the Duration of the Liquidation Trust [Filed: 10/8/25] (Docket No. 4978).

    Status:  The order has been entered.  No hearing will be necessary.

**STATUS CONFERENCE MATTER**

3.  Liquidation Trust's Request for a Status Conference [Filed: 9/24/25] (Docket No. 4970).

   Response Deadline:   N/A.

   Responses Received:  N/A.

   Related Documents:

   a) [Signed] Order Scheduling Status Conference [Filed: 9/26/25] (Docket No. 4971).

   b) Notice of Status Conference [Filed: 9/29/25] (Docket No. 4972).

   c) [James E. Campbell, Jr., Inc., d/b/a Campbell Financial Corp., and James E. Campbell, Jr., Adv. Proc. Case No. 19-50965 (JKS)] Notice of Completion of Briefing Regarding Plaintiff's Motion for Partial Summary Judgment [Filed: 2/12/25] (Docket No. 84).

   d) [Gaulan Financial, LLC, Adv. Proc. Case No. 19-51012 (JKS)] Certification of Counsel Regarding Plaintiff's Motion for Partial Summary Judgment [Filed: 1/24/25] (Docket No. 78).

   e) [Deb Brundage, Adv. Proc. Case No. 19-51069 (JKS)] Notice of Completion of Briefing Regarding Plaintiff's Motion for Partial Summary Judgment [Filed: 2/12/25] (Docket No. 85).

   Status:  A status conference will go forward with respect to the adversary proceedings listed in the above caption.

| Dated: | October 14, 2025<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Mary F. Caloway*<br>Richard M. Pachulski (*pro hac vice*)<br>Andrew W. Caine (*pro hac vice*)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Mary F. Caloway (DE Bar No. 3059)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>       acaine@pszjlaw.com<br>       bsandler@pszjlaw.com<br>       mcaloway@pszjlaw.com<br><br>-and- |
|---|---|---|

        KTBS LAW LLP  
        *f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*  
        Michael L. Tuchin (*pro hac vice*)  
        David A. Fidler (*pro hac vice*)  
        Sasha M. Gurvitz (*pro hac vice*)  
        1801 Century Park East, 26th Floor  
        Los Angeles, California 90067  
        Tel:    (310) 407-4000  
        Fax:   (310) 407-9090  

        *Counsel to the Liquidation Trust*