**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et. al.*,<br><br>　　　　　　Remaining Debtors.<br>―――――――――――――――――――<br>MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DEB BRUNDAGE,<br><br>　　　　　　Defendant. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>Jointly Administered<br><br><br><br><br>Adv. Pro. No. 19-51069 (JKS)<br><br>**Related Adv. D.I. 76 and 100** |

## ORDER AND JUDGMENT

　　This matter having come before the Court on the Plaintiff's Motion for Partial Summary Judgment (the "Motion"), filed by Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), who seeks judgment in the Plaintiff's favor and against the Defendant Deb Brundage ("Defendant") on the First, Second, Third, and Fourth Claims in the Adversary Complaint for Avoidance and Recovery of Avoidable Transfers [Adv. D.I. 1] (the "Complaint"); and the Court having determined that the Trustee has established the legal and factual bases and just cause for the relief requested in the Motion; and the Court having jurisdiction to consider and determine the Motion; and the Court having found

that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED, in part, and DENIED, in part.

    2.    Summary Judgment in favor of the Plaintiff is granted as to the First and Third Claims for avoidance and recovery of actual intent fraudulent transfers under section 548(a)(1)(A) of the Bankruptcy Code and section 3439.04(a)(1) of the California Civil Code.

    3.    Summary Judgment in favor of the Plaintiff is granted as to the Second Claim for avoidance and recovery of constructive fraudulent transfers under section 548(a)(1)(B) of the Bankruptcy Code.

    4.    Summary Judgment is denied as to the Fourth Claim for avoidance and recovery of constructive fraudulent transfers under section 3439.02 of the California Civil Code.

    5.    Judgment is awarded in favor of the Plaintiff and against Defendant Deb Brundage for the Plaintiff's First, Second, and Third Claims, in the total amount of $55,989.00.

    6.    The Plaintiff is authorized to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of this Order.

    7.    The Clerk of Court is authorized and directed to take any action that is necessary and appropriate to give effect to this Order.

    8.    This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: October 20, 2025

                                    J. Kate Stickles
                                    United States Bankruptcy Judge