# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 10/21/2025 |
| Case: 19−51069−JKS | Form ID: pdfjo | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew W. Caine | acaine@pszjlaw.com |
| aty | Bradford J. Sandler | bsandler@pszjlaw.com |
| aty | Bridget Gallerie | Pacerteam@choosegcg.com |
| aty | Colin R. Robinson | robinson@lrclaw.com |
| aty | Lucian Borders Murley | luke.murley@saul.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| dft | Deb Brundage    4890 E. 26th Ave    Apache Junction, AZ 85119 |
| clagent | Epiq Class Action & Claims Solutions, Inc.    www.gardencitygroup.com    1985 Marcus Avenue    Suite 200    Lake Success, NY 11042 |
| md | Lucian Borders Murley    Saul Ewing Arnstein & Lehr LLP    1201 N. Market Street    Suite 2300    Wilmington, DE 19899 |
| intp | Epiq Class Action & Claims Solutions, Inc.    www.gardencitygroup.com    1985 Marcus Avenue    Suite 200    Lake Success, NY 11042 |
| ust | U.S. Trustee    Office of the United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801 |
| ust | U.S. Trustee    Office of United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19899−0035 |

TOTAL: 6